FOBES *v.* MEEKER.

---

Where a person, examined in a master's office, refuses to answer a question, the master should pass upon and require such question to be answered, before an attachment can be moved for.

---

*Jan. 25,*
*1841.*

*Practice.*
*Master's*
*office.*
*Judgment*
*debtor.*
*Attach-*
*ment.*

THIS was a judgment creditor's suit ; and the defendant appeared before a master, on a reference to appoint a receiver. Questions were asked him, which he, under advice of counsel, refused to answer. The master was not required to pass upon the questions or to decide whether the defendant must answer them or not. Motion made for an attachment against the defendant.

THE VICE-CHANCELLOR decided, that the master should express his opinion upon the propriety of the questions objected to and require the defendant to answer such of them as were proper ; and then if he refused and did not appeal from the master's decision, the proper course was to move for an attachment ; but that it was not correct to move for an attachment

against a party or a witness where it did not appear that the master had decided upon the question and required it to be answered.

Mr. *Silliman*, for the motion.

Mr. *Charles Edwards*, contra.